

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2015

No. 04-15-00218-CV

**DAVID GOAD,**
Appellant

v.

Eric **STREY** and Does 1 through 10,
Appellees

From the County Court, Guadalupe County, Texas
Trial Court No. 2014-CV-0392
Robin V. Dwyer, Judge Presiding

## O R D E R

Appellant, David Goad, has filed in this court a motion to proceed in forma pauperis, an affidavit of indigence, and a request for preparation of the record. We **order** the clerk of this court to send copies of the motion, affidavit, and this order to the trial court clerk, the court reporter, and all parties. *See* TEX. R. APP. P. 20.1(d)(2).

We further **order** the clerk, the court reporter or any party may challenge the claim of indigence by filing a contest to the affidavit in our court within 10 days from the date of this order. *See* TEX. R. APP. P. 20.1(e).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2015.

_____
Keith E. Hottle
Clerk of Court